[No. 7,144.—Department Two.]

## MERCED BANK v. JAMES MORTON ET AL.

ATTACHMENT—AFFIDAVIT.

APPEAL from an order refusing to dissolve an attachment in the Superior Court of Merced County.

The affidavit for attachment in this case is in the same form as that commented upon in *Wilke* v. *Cohn*, referred to in the opinion.

*J. K. Law*, for Appellants.

*R. H. Ward* and *P. D. Wigginton*, for Respondent.

The COURT:

On the authority of *Wilke* v. *Cohn*, 54 Cal. 212, the order of the Court below refusing to dissolve the attachment is reversed, and the cause is remanded with instructions to dissolve the attachment.